UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GRETCHEN WESTLEY** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE:** |
| | * | |
| **OUT WEST EXPRESS, LLC,** | * | **MAGISTRATE JUDGE:** |
| **ELEAZAR AVITIA,** | * | |
| **TRAVELERS PROPERTY CASUALTY** | * | **JURY DEMAND** |
| **COMPANY OF AMERICA, AND** | * | |
| **STATE FARM MUTUAL** | * | |
| **AUTOMOBILE INSURANCE COMPANY** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

NOW INTO COURT, through undersigned counsel, comes Defendant, Out West Express, LLC, which respectfully avers as follows:

1.

On or about September 30, 2022, Plaintiff, Gretchen Westley, filed a Petition for Damages in the Civil District Court for the Parish of Orleans, State of Louisiana, naming Out West Express, LLC, Eleazar Avitia, Travelers Property Casualty Company of America, and State Farm Mutual Automobile Insurance Company as Defendants. That suit bears docket number 22-09138, was assigned to Division "A," Section 16, and is captioned "*Gretchen Westley versusOut West Express, LLC, Eleazar Avitia, Travelers Property Casualty Company of America, and State*

*Farm Mutual Automobile Insurance Company*." A copy of said Petition for Damages is attached hereto as Exhibit "A."

2.

Service of the Petition for Damages was requested upon Out West Express, LLC, through the Louisiana Long-Arm Statute, and Out West Express, LLC, was served on or about October 11, 2022. Out West Express, LLC, files, joins in, and consents to this removal.

3.

Service of the Petition for Damages was requested upon Travelers Property Casualty Company of America through its purported agent for service of process, the Louisiana Secretary of State. At the time of filing of this Notice of Removal, Travelers Property Casualty Company of America has not been served. Travelers Property Casualty Company of America will be represented by undersigned counsel once it is properly served. Without waiving the formal requirements of service of process, Travelers Property Casualty Company of America joins in and consents to this removal.

4.

Service of the Petition for Damages was requested upon Eleazar Avitia through the Louisiana Long-Arm Statute. At the time of filing of this Notice of Removal, EleazarAvitia has not been served. Eleazar Avitia will be represented by undersigned counsel once he is properly served. Without waiving the formal requirements of service of process, Eleazar Avitia joins in and consents to this removal.

5.

Service of the Petition for Damages was requested upon State Farm Mutual Automobile Insurance Company through its purported agent for service of process, the Louisiana Secretary of

State. At the time of filing of this Notice of Removal, State Farm Mutual Automobile Insurance Company has not been served.

6.

Plaintiff, Gretchen Westley, sued Defendant, State Farm Mutual Automobile Insurance Company, as the uninsured/underinsured motorist carrier of Plaintiff. However, the policy of liability insurance issued by Travelers Property Casualty Company of America to Out West Express, LLC, is more than sufficient to compensate Plaintiff for her alleged damages. Accordingly, Defendant submits that there is no reasonable basis for recovery by Plaintiff against Defendant, State Farm Mutual Automobile Insurance Company, such that State Farm Mutual Automobile Insurance Company is improperly and/or fraudulently joined, its citizenship should be disregarded, and Defendant does not require its consent to effect this removal. *See*, e.g., *Cuevas v. BAC Home Loans Servicing, LP*, 648 F.3d 242, 249 (5th Cir. 2011); *Jernigan v. Ashland Oil Inc.*, 989 F.2d 812, 815 (5th Cir. 1993).

7.

In her Petition for Damages, Plaintiff, Gretchen Westley, specifically alleges that she is seeking damages in excess of the jurisdictional threshold which is a prerequisite to establishing federal diversity jurisdiction. *See* attached Exhibit "A," Plaintiff's Petition for Damages, ¶17. Accordingly, it is facially apparent from Plaintiff's Petition that the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

8.

This Notice of Removal is filed within thirty (30) days of service of Plaintiff's Petition for Damages, and removal is therefore timely. *See* 28 U.S.C. §1446(b).

9.

Plaintiff, Gretchen Westley, is a citizen of the State of Louisiana. *See* attached Exhibit "A," Plaintiff's Petition for Damages.

10.

Defendant, Eleazar Avitia, is a citizen of the State of Texas. *See* attached Exhibit "A,"Plaintiff's Petition for Damages, ¶1.

11.

Defendant, Out West Express, LLC, is a Texas limited liability company. *See* attached Exhibit "A,"Plaintiff's Petition for Damages, ¶1. There are two individual members of Out West Express, LLC, and neither individual member is a citizen of the State of Louisiana. The specifics regarding the two members are as follows:

a. Zachary Chilson, a natural person and citizen of the State of Texas;

b. Michael Puzio, a natural person and citizen of the State of Texas.

*See* attached Exhibit "B," Texas Taxable Entity Search Results.

12.

Defendant, Travelers Property Casualty Company of America, is a foreign insurance company incorporated under the laws of the State of Connecticut and having its principal place of business in the State of Connecticut. *See* attached Exhibit "C," Connecticut Secretary of State Online Business Search.

13.

There is no reasonable basis for recovery by Plaintiff against Defendant, State Farm Mutual Insurance Company, such that State Farm Mutual Insurance Company is improperly and/or fraudulently joined, its citizenship should be disregarded, and Defendant does not require

4

its consent to effect this removal. *See*, e.g., *Cuevas v. BAC Home Loans Servicing, LP*, 648 F.3d 242, 249 (5th Cir. 2011); *Jernigan v. Ashland Oil Inc.*, 989 F.2d 812, 815 (5th Cir. 1993).In any event, State Farm Mutual Automobile Insurance Company is a foreign insurance company incorporated under the laws of the State of Illinois and having its principal place of business in the State of Illinois. *See* attached Exhibit "D," Illinois Department of Insurance – Company Search.

14.

Accordingly, there is complete diversity of citizenship between Plaintiff and all properly named Defendants. As of the date of the filing of this Notice of Removal, Plaintiff has not named any other defendants.

15.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441, in that, it is a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states.

16.

In accordance with 28 U.S.C. §1446(d), Defendant will provide appropriate notice of this Removal to the Parties and to the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana.

**JURY DEMAND**

Defendant, Out West Express, LLC, is entitled to and requests a trial by jury on all issues herein.

WHEREFORE, Defendant, Out West Express, LLC, prays the action entitled "*Gretchen Westley versus Out West Express, LLC, Eleazar Avitia, Travelers Property Casualty Company of America, and State Farm Mutual Automobile Insurance Company*," bearing docket number 22-09138 and pending on the docket of Division "A," Section 16, of the Civil District Court for the Parish of Orleans, State of Louisiana, be removed from that state court docket to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

PLAUCHÉ MASELLI PARKERSON LLP

*/s/ Eric Winder Sella*
_____
G. BRUCE PARKERSON, Bar No. 1118
ERIC WINDER SELLA, Bar No. 33474
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139-7915
Telephone:     (504) 582-1142
Facsimile:       (504) 582-1172
E-Mail:           bparkerson@pmpllp.com
                      esella@pmpllp.com
Attorneys forOut West Express, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 19th day of October, 2022, at their last known address of record.

*/s/ Eric Winder Sella*
_____
**ERIC WINDER SELLA**

6