FILED 2022 SEP 30 AM 10:38 CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

SUIT NO. 22-09138                               DIVISION "___"

SECTION 16

GRETCHEN WESTLEY

VERSUS

OUT WEST EXPRESS, LLC, ELEAZAR AVITIA,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

***********************************************************************

**PETITION FOR DAMAGES**

The plaintiff, Gretchen Westley, an adult resident of Jefferson Parish, Louisiana, appears through undersigned counsel and respectfully represents:

1.

The defendants are:

I. Out West Express, LLC, a Texas limited liability company;

II. Eleazar Avitia, an adult resident of Texas;

III. Travelers Property Casualty Company of America, a Connecticut insurance company authorized to do and doing business in Louisiana;

IV. State Farm Mutual Automobile Insurance Company, an Illinois insurance company authorized to do and doing business in Louisiana.

2.

On April 25, 2022, at approximately 8:45 a.m., there was a 2-vehicle crash on U.S. Highway 90 west near Exit 234A involving a tractor-trailer driven by Eleazar Avitia and a vehicle driven by Gretchen Westley.

3.

At the time of this crash, Eleazar Avitia was operating a tractor-trailer owned by his employer, Out West Express, LLC.

4.

Eleazar Avitia operated the tractor-trailer with permission from Out West Express, LLC, and was acting in furtherance of Out West Express, LLC's interests.

CHELSEY RICHARD NAPOLEON
CLERK OF THE DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

| | |
|---|---|
| Receipt Date | 9/30/2022 11:00:00 AM |
| Receipt Number | 909298 |
| Cashier | jboe |
| Register | CDC Cash Register 1 |
| Case Number | 2022-09138 |
| Grand Total | $517.50 |
| Amount Received | $517.50 |
| Balance Due | $0.00 |
| Overpayment | $0.00 |
| Payment Transactions | |
| Check # 462845 | $517.50 |

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Damages | $444.50 | $444.50 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Clerks' Emergency Fund | $10.00 | $10.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $27.50 | $27.50 | $0.00 |
| Supreme Court- Processing Fee | $10.00 | $10.00 | $0.00 |

VERIFIED 9/30/22

1

5.

As Gretchen Westley drove on U.S. Highway 90 west, Eleazar Avitia moved his tractor-trailer into Gretchen Westley's lane and impacted her vehicle.

6.

The front right of Eleazar Avitia's vehicle impacted the driver's side of Gretchen Westley's vehicle.

7.

Eleazar Avitia's negligence caused this wreck, in the following ways:

a) By driving his tractor-trailer carelessly.

b) By changing lanes without first making sure it was safe to do so.

c) By driving while distracted.

d) By driving too fast.

e) By failing to see what he should have seen.

f) By failing to control his vehicle.

g) By lacking the qualifications, training, and supervision to safely operate the tractor-trailer.

h) General negligence.

8.

At the time of this wreck, Eleazar Avitia was working for Out West Express, LLC.

9.

Because Eleazar Avitia was acting in the course and scope of his employment with Out West Express, LLC. at the time of this wreck, Out West Express, LLC is vicariously liable for Gretchen Westley's damages.

10.

In addition, Out West Express, LLC is independently negligent for its own acts and omissions in failing to adequately and reasonable hire, train and supervise its driver, Eleazar Avitia.

11.

Gretchen Westley is not negligent and is free from fault.

12.

Gretchen Westley suffered physical and mental injuries from this crash, as well as property damage.

13.

Gretchen Westley seeks reasonable damages, including:

a. Physical and mental pain and suffering, past and future.

b. Medical expenses, past and future.

c. Property damage, rental expenses, and loss of vehicle use.

d. Loss of enjoyment of life.

e. Lost wages or lost earning capacity.

14.

At the time of this wreck, Travelers Property Casualty Company of America provided insurance to Out West Express, LLC and Eleazar Avitia, which obligates Travelers Property Casualty Company of America to pay for Gretchen Westley's damages.

15.

On information and belief, Out West Express, LLC and Eleazar Avitia were underinsured to fully compensate Gretchen Westley for her damages.

16.

At the time of this wreck, State Farm Mutual Automobile Insurance Company provided underinsured motorist insurance and medical payments coverage to Gretchen Westley, which obligates State Farm Mutual Automobile Insurance Company to pay for Gretchen Westley damages.

17.

The damages claimed by Gretchen Westley exceed all jurisdictional thresholds which are a prerequisite to requesting a jury trial in state court or to establish federal diversity jurisdiction.

PRAYER FOR RELIEF

Plaintiff, Gretchen Westley, prays that defendants be cited and served with a copy of this Petition; and, after all due proceedings, that there be a judgment for plaintiff, Gretchen Westley, and against the defendants, Out West Express, LLC, Eleazar Avitia, Travelers Property Casualty

Company of America, and State Farm Mutual Automobile Insurance Company, for reasonable amounts, together with legal interest and costs.

Respectfully submitted by:

**DUDLEY DEBOSIER APLC**

*[signature]*

**W. PAUL WILKINS (#19830)**
**ROSS M. LEBLANC (#33940)**
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 239-7224
Facsimile: (225) 239-7274
Attorney for the Plaintiff
rmleblanc@dudleydebosier.com

**PLEASE SERVE:**

**Travelers Property Casualty**
**Company of America**
Through its Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**State Farm Mutual Automobile Insurance Company**
Through its Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**PLEASE SERVE THROUGH THE LOUISIANA LONG-ARM STATUTE:**

**Out West Express, LLC**
Through its Agent for Service of Process:
Kemp Smith, LLP
221 N. Kansas, Suite 1700
El Paso, TX 79901

**Eleazar Avitia**
10762 White Sands Drive
El Paso, TX 79924

4